UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARTHA JOK, § | |
| *Plaintiff* § | |
| § | |
| v. § | No. 1:23-CV-01372-DH |
| § | |
| WAL-MART STORES TEXAS, LLC, § | |
| ET AL., § | |
| *Defendants* § | |

# FINAL JUDGMENT

On February 4, 2025, the Court granted Defendants Wal-Mart Stores Texas, LLC, Sam's East, Inc., and Sam's West, Inc.'s motion for summary judgment, dismissing Plaintiff Martha Jok's claims with prejudice. *See* Dkt. 27. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 4, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE