**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MARTHA JOK,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:23-CV-01372-DH |
| | § | |
| **WAL-MART STORES TEXAS,** | § | |
| **LLC,  SAM'S EAST, INC.,  SAM'S** | § | |
| **WEST, INC.,** | § | |
| *Defendants* | § | |

## ORDER

Before the Court are Plaintiff Martha Jok's pending motions. Dkts. 39; 40; 41; 43. Jok filed these motions after appealing the judgment in this case. Dkts. 38; 39; 40; 41; 43. In light of the Fifth Circuit's order affirming the Court's entry of judgment in Defendants' favor, Dkt. 49, **IT IS ORDERED** that Jok's motions, Dkts. 39; 40; 41; 43, are **DENIED AS MOOT**.

SIGNED March 27, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1